# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
U.S. MARSHAL
2022 JAN 28 PM 12: 37

MIDDLE DIST. OF FLORIDA
TAMPA

| | |
|---|---|
| United States of America<br>v.<br><br>PABLO QUINONES VELAZQUEZ<br><br>_____<br>Defendant | )<br>)<br>) Case No. 8:22-cr-35 SDM-AEP<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ PABLO QUINONES VELAZQUEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 1/28/2022

_Issuing officer's signature_

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
_Printed name and title_

### Return

This warrant was received on _(date)_ 1-28-22 , and the person was arrested on _(date)_ 2-16-22
at _(city and state)_ MIAMI, FL .

Date: 2-17-22

_Arresting officer's signature_ SIGN FOR FBI

_Printed name and title_ JPVSR