# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**vs.**

**PABLO QUINIONES VELAZQUEZ**

CASE NO.: 8:22-cr-00035

## UNOPPOSED MOTION TO CONTINUE JURY TRIAL SCHEDULED FOR THE MAY TRIAL CALENDAR

The Defendant, Pablo Velazquez, files this Unopposed Motion to Continue the Jury Trial scheduled for the May Trial calendar and would state:

1. March 4, 2022, counsel was appointed to represent Mr. Velazquez, who is housed in the Glades County Jail.

2. Counsel has conducted video conferences with Mr. Velazquez and does not anticipate a trial.

3. A plea agreement is pending from the Government for in-person review with Mr. Velazquez with a certified Spanish interpreter at the Glades County Jail.

4. Counsel requests additional time to schedule the anticipated change of plea hearing with the Magistrate Judge.

5. Counsel for the Government, AUSA David Pardo, does not object to

this motion, made in good faith, and not for any dilatory purpose.

WHEREFORE, Mr. Velazquez, respectfully requests a continuance to the June Trial term.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this Motion has been furnished via the CM/ECF system with the Clerk of the Court, which will send notice of electronic filing to the parties of record including AUSA DAVID PARDO, Middle District of Florida, on this 20TH day of April 2022.

Respectfully submitted,

**LAW OFFICES OF**
**ANGELA B. WRIGHT, P. A.**

*s/ ANGELA B. WRIGHT*
ANGELA B. WRIGHT, ESQ.
620 E. Twiggs St. Ste-316
Tampa, Florida 33602
Ph. (813) 277-0068
Florida Bar No. 0803065
abwrightlaw@gmail.com